IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FISHER-PRICE, INC., a Delaware corporation; and EXPRESSO FITNESS CORPORATION, a Delaware corporation,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO DISMISS COUNT II OF DEFENDANT'S COUNTERCLAIM<br><br><br><br>Case No. 1:08-CV-10 TS |

The Court, having considered Plaintiff's Motion to Dismiss Count II of Defendant's Counterclaim, and the submissions and arguments of the parties in connection therewith, GRANTS the Motion and FINDS and ORDERS as follows:

1. Defendant Expresso Fitness Corp. ("Expresso") has failed to prove that there is presently an actual case or controversy with respect to infringement of United States Patent No. 7,166,062 (the "'062 Patent").

2. Under the circumstances presented, it would be inequitable to exercise declaratory

1

judgment jurisdiction over Count II of "Expresso Fitness Corporation's . . . Counterclaims for Declaratory Judgment" ("Counterclaim," Docket No. 33).

3. Count II of the Counterclaim is dismissed for lack of subject matter jurisdiction.

4. The Court declines to exercise any jurisdiction it might have with respect to Count II of the Counterclaim.

It is therefore

ORDERED that Plaintiff's Motion to Dismiss Count II of Defendant's Counterclaim (Docket No. 35) is GRANTED.

DATED   April 27, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge